OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

October 22, 2026

Christopher E. Appel, Esq.
Mark A. Behrens, Esq.
Nailah Bjotvedt, Esq.
Lauren E. Burke, Esq.
Casey R. Coburn, Esq.
Christopher G. Conley, Esq.
Joan P. Depfer, Esq.
Basil A. DiSipio, Esq.
Joseph I. Fontak, Esq.
Christina A. Gonzales, Esq.
Catherine N. Jasons, Esq.
Nandan M. Joshi, Esq.
John C. McMeekin II, Esq.
John P. McShea III, Esq.
John P. McShea IV, Esq.
Susan M. Valinis, Esq
Tiffany F. Turner, Esq.
Andrew R. Sperl, Esq.
Paul S. Seward, Esq.
Joshua D. Scheets, Esq.
Daniel J. Ryan Jr., Esq.
Michael A. Rowe, Esq.
Molly C. Reilly, Esq.
W. Matthew Reber, Esq.
Timothy D. Rau, Esq.
Adam R. Pulver, Esq.
Robert S. Peck
Robert M. Palumbos, Esq.
John P. McShea IV, Esq.

RE: Ignatus Pappagallo, et al v. Redco Corp, et al
Case Number: 25-2693/25-2722/25-2824
District Court Case Number: 5:25-cv-01852

Dear Counsel:

The above-entitled case(s) has/have been scheduled for disposition on the merits for **Monday, December 14, 2026 Philadelphia, PA**. The Court has not yet decided whether the case(s) will be scheduled for oral argument or submitted for decision on the briefs.

The Court may decide to reschedule for another day within the week of December 14, 2026. The Court will notify counsel of any schedule changes and due consideration will be given to counsel who have submitted timely responses to the Clerk's letter requesting counsel's unavailability for the designated week.

Counsel will be notified whether the case(s) will be submitted or argued and if there has been any change to the above scheduled date approximately 18 calendar days before the first day of the panel sitting. 3d Cir. I.O.P. 2.5. An amicus curiae may participate in oral argument only with the Court's permission. Fed. R. App. P. 29(a)(8).

RE: Ignatus Pappagallo, et al v. Redco Corp, et al
Case Number: 25-2693/25-2722/25-2824
District Court Case Number: 5:25-cv-01852

Counsel shall file an acknowledgment form **within seven (7) days** from the date of this letter to provide the name of the attorney who will present oral argument if the panel determines argument is necessary. In addition, please indicate whether or not counsel is a member of the bar of this Court. [1]If the attorney is not a member of the bar of this Court, an application for admission shall be completed and submitted to this office without delay.

The hyperlinks for access to the acknowledgment form, application for admission, and appearance form are provided for your convenience, and are also available on the Third Circuit website. Please file your completed acknowledgment form through CM/ECF.

Counsel are also asked to update their PACER account with a cell phone number if one is not already included. Such information will not be publicly accessible and will be used if necessary to contact counsel expected to appear for oral arguments.

Very truly yours,

Patricia S. Dodszuweit

PATRICIA S. DODSZUWEIT
Clerk

By:

Khadija
Calendar Clerk
267-299-4914

[1] Bar membership is not necessary if counsel represents a U.S. government agency or officer thereof or if the party is appearing pro se.